AO91 (Rev. 12/03) Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Carlos Daniel HERRERA-Pena  
A215 703 048  Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:18-po-914

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  May 14, 2018  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 14, 2018. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on May 14, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Perez1, Juan J.  Border Patrol Agent  
Signature of Complainant

Perez1, Juan J.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                                        at       Brownsville, Texas  
Date                                                                              City/State

Ignacio Torteya III            U.S. Magistrate Judge  
Name of Judge                 Title of Judge                                 Signature of Judge