United States District Court
Southern District of Texas
**ENTERED**
May 16, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.	Case No.: 1:18–po–00914
	Magistrate Judge Ignacio Torteya III

Carlos Daniel Herrera–Pena

    Defendant

---

## JUDGMENT

On **5/16/18**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 20 days confinement.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **5/16/18**.

_____
Ignacio Torteya, III
United States Magistrate Judge

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.

By: _____
                                           Deputy U.S. Marshal